(September 26, 2014)

■ PEGGY ANN ROSE, as Executrix of JOYCE PRZYTULA, Deceased, et al., Respondents, v BROOKS MEMORIAL HOSPITAL et al., Respondents, and REENA BOSE, M.D., et al., Appellants. [992 NYS2d 651]—Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered March 22, 2013. The order, insofar as appealed from, denied in part the motion of defendants Reena Bose, M.D., and Razvan Balotescu, M.D., to preclude certain testimony of plaintiffs' expert and granted the motion of plaintiffs to direct Marylou K. Roshia to accept service of subpoenas for Reena Bose, M.D. and Razvan Balotescu, M.D., out-of-state residents.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 14, 2014, and filed in the Chautauqua County Clerk's Office on February 12, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ JUSTIN BROWN, Appellant, v VALERIE ALEXANDER, Also Known as VALERIE J. LAYMON, Appellant. [993 NYS2d 522]—Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered March 4, 2013. The order denied in part plaintiff's motion seeking, inter alia, summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on February 24 and March 31, 2014, and filed in the Oneida County Clerk's Office on April 3, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.